IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL WILSON, #230202, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-632-ID |
| ) | [WO] |
| ) | |
| BOB RILEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 3), in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. It is further

ORDERED that Plaintiff's Application To Proceed Without Payment of Fees (Doc. No. 2), is DENIED and that this case is DISMISSED without prejudice due to Plaintiff's failure to pay the full filing fee upon initiation of this case.

A separate judgment shall be entered.

Done this 22nd day of September, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE